**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| LEASEWEB USA, Inc., <br><br> Plaintiff, <br> v. <br><br> TOUCHPOINT PROJECTION INNOVATIONS, LLC, <br><br> Defendant. | Civil Action#: 3:23cv143 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(A), Leaseweb USA, Inc. hereby certifies that it is a wholly-owned subsidiary of Leaseweb USA, B.V., a Dutch corporation, and that Leaseweb USA, Inc. has no parent, subsidiary or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public, and no publicly held entity (corporate or otherwise) owns 10% or more of its stock.

Dated: February 28, 2023

Respectfully Submitted.

ALLEN & OVERY LLP

*/s/ Gaela Gehring Flores*
Gaela Gehring Flores
VA Bar No. 40428
James P. Gagen (*pro hac vice* pending)
1101 New York Ave, NW
Washington, DC 20005
Telephone: (202) 683-3800
Fax: (202) 683-3999
James.Gagen@allenovery.com
Gaela.GehringFlores@allenovery.com

Grace Wang (*pro hac vice* pending)
Kristyn Hansen (*pro hac vice* pending)

1221 Avenue of the Americas |
New York,  NY 10020
Telephone (212) 756 6300
Fax: (212) 610-6399
Grace.Wang@allenovery.com
Kristyn.Hansen@allenovery.com

*Counsel for Plaintiff Leaseweb USA, Inc*