# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| LEASEWEB USA, Inc.,<br><br>        Plaintiff,<br>v.<br><br>TOUCHPOINT PROJECTION INNOVATIONS, LLC,<br><br>        Defendant. | Civil Action No. 3:23-cv-00143-RCY<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leaseweb USA, Inc., by and through the undersigned attorneys, hereby voluntarily dismisses this action. No answer or motion for summary judgment has been filed by Defendant Touchpoint Projection Innovations, LLC.

Dated: May 11, 2023

Respectfully Submitted.

ALLEN & OVERY LLP

*/s/ Gaela Gehring Flores*
Gaela Gehring Flores
VA Bar No. 40428
James Gagen (*pro hac vice*)
1101 New York Ave, NW
Washington, DC 20005
Telephone: (202) 683-3800
Fax: (202) 683-3999
james.gagen@allenovery.com
gaela.gehringflores@allenovery.com

Grace Wang (*pro hac vice*)
Kristyn Hansen (*pro hac vice*)
1221 Avenue of the Americas |
New York, NY 10020

Telephone (212) 756 6300
Fax: (212) 610-6399
grace.wang@allenovery.com
kristyn.hansen@allenovery.com

*Counsel for Plaintiff Leaseweb USA, Inc.*